USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JEFFREY PETERSON,                                               :
:
:
Plaintiff,                                                      :     1:20-cv-9090-GHW
:
-against-                                                       :
:                     ORDER
CHARLES ORTIZ & PARKCHESTER                                     :
DEPARTMENT OF PUBLIC SAFETY LLC,                                :
:
Defendants.                                                     :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on October 29, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 12, 2020. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: October 30, 2020

_____
GREGORY H. WOODS
United States District Judge